UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ESTATE OF JOHNEL MOORE,

    Plaintiff,

v.                                                                            Case No. 06-C-321

JESSY DIXON and
JESSY DIXON MINISTRIES,

    Defendants.

**ORDER**

On May 6, 2008, the court held a motion hearing with respect to the defendants' October 19, 2007 motion for summary judgment. For the reasons set forth at that hearing, the court orders the following:

1. The plaintiff shall file its response to the defendants' proposed findings of fact in accordance with Civil Local Rule 56.2(b)(1), its additional proposed findings of fact in accordance with Civil Local Rule 56.2(b)(2) and, if necessary, its supplemental response brief, on or before June 3, 2008.

2. The defendants shall file their response to the plaintiff's additional proposed findings of fact in accordance with Civil Local Rule 56.2(b)(1) and, if necessary, their supplemental reply brief, on or before June 18, 2008.

**SO ORDERED** this 6th day of May, 2008, at Milwaukee, Wisconsin.

                                                       /s/ William E. Callahan, Jr.
                                                       WILLIAM E. CALLAHAN, JR.
                                                       United States Magistrate Judge